**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ***In re*: RO Boats, LLC, REC MARINE LOGISTICS, LLC, and GOL, LLC as owners of the LSV Mallard** | § § § § § | **C.A. NO. 4:25-cv-4062** |
| ***Limitation*** | § § § | **(ADMIRALITY)** |

**CHRISTINE BARRETT'S MEMORANDUM IN SUPPORT FOR LEAVE OF COURT TO FILE CROSS CLAIMS AGAINST TEEKAY SHIPPING (USA), INC., TEEKAY MARINE SOLUTIONS, INC., TEEKAY CHARTERING LTD., TEEKAY TANKERS CHARTERING PTE. LTD., STI JERMYN SHIPPING COMPANY LIMITED, SCORPIO SHIP MANAGEMENT (INDIA) PRIVATE LIMITED, AND MERCURY POOL, LTD.**

Claimant, Christine Barrett, moves this Honorable Court for leave authorizing her to file a cross claim against Teekay Shipping (USA), Inc., Teekay Marine Solutions, Inc., Teekay Chartering Ltd., Teekay Tankers Chartering Pte. Ltd., STI Jermyn Shipping Company Limited, Scorpio Ship Management (India) Private Limited, and Mercury Pool, Ltd. Claimant submits that the filing of this claim is necessary to assert claims against the foregoing parties that arise from the same incident made the basis of this Limitation proceeding. Moreover, all parties that Barrett seeks to file cross claims against are already parties to this litigation. Counsel for all parties have advised that they are not opposed to the filing of these cross claims and the filing will cause no delay in the proceedings.

WHEREFORE, Christine Barrett respectfully requests that this Court issue an order granting her leave to file the attached cross claim against the foregoing parties.

Respectfully submitted,


*/s/ Justin C. Warner*
Justin C. Warner
Louisiana State Bar No. 37349
warner@zehllaw.com
ZEHL & ASSOCIATES, PC
2700 Post Oak Boulevard, Suite 1000
Houston, Texas 77056
(713)491-6064
(713)583-8545
eservice@zehllaw.com

**ATTORNEYS FOR CROSS CLAIMANT**


## CERTIFICATE OF SERVICE

This is to certify that, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing document has been forwarded to all counsel of record on February 11, 2026.

*/s/ Justin Warner*
ZEHL & ASSOCIATES, PC