United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE RO BOATS, LLC, REC MARINE LOGISTICS, LLC, AND GOL, LLC, AS OWNERS AND/OR OPERATORS/MANAGERS OF THE LSV MALLARD, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § |

CIVIL ACTION NO. 4:25-CV-04062

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before this Court in the above-referenced proceeding is Petitioners Ro Boats, LLC,

Rec Marine Logistics, LLC, and GOL, LLC ("Petitioners") Unopposed Motion for Entry of Defaults

against all parties, including but not limited to Scorpio Commercial Management, S.A.M. ("Scorpio")

(Doc. No. 28). The recommended ruling in Magistrate Judge Ho's Memorandum and Recommendation

(Doc. No. 34) would resolve this motion by granting the Motion for Entry of Defaults and entering

defaults against Scorpio Commercial Management, S.A.M. and any and all claimants who have not

filed and presented their claims. No parties filed objections to the Memorandum and Recommendation.

After a review of the filings, the applicable law, and Judge Ho's Memorandum and Recommendation,

the Court hereby **ADOPTS** the Memorandum and Recommendation and hereby **GRANTS** Petitioners'

Motion for Entry of Defaults against Scorpio Commercial Management, S.A.M. and any and all

claimants who have not filed and presented their claims (Doc. No. 28).

It is so ordered.

Signed on this the _1st_ day of June 2026.

Andrew S. Hanen
United States District Judge